IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

PRECISION FRANCHISING LLC, )
AND )
PRECISION TUNE AUTO CARE, INC., )
                              )
         Plaintiffs, )
                              )
v. )   Civil Action No. 1:17CV1315
                              )
GALAXIE CARTUNE, INC. et al., )
                              )
         Defendants. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 23, 2018, in response to Plaintiffs' Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Plaintiff's Request for Adoption of Proposed Finding of Fact and Recommendations. Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered in favor of the Plaintiffs Precision Franchising LLC and Precision Tune Auto Care, Inc. and against Defendants Galaxie Cartune, Inc., Matthew Gallagher, and Karl Gallagher, in the total amount of $32,153.84, and Defendants Galaxie Cartune, Inc. and Matthew Gallagher in the amount of $269,592.30, plus reasonable attorney's fees and costs. The Plaintiffs are directed to submit supplemental bill of fees and costs within fourteen (14) days from the date of this Order.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 25, 2018